### 47732. TURNER v. TRAVELERS INSURANCE COMPANY et al.

STOLZ, Judge. Appellant, Sarah Turner, sustained a compensable injury in the course of her employment by F. W. Woolworth Company. She was voluntarily paid compensation by her employer for eleven weeks, after which the same was discontinued. Appellant requested a hearing and, after several hearings over an extended period of time, the deputy director entered an

award finding that the appellant did have some mild, residual, physical disability, but that employment was available to her within her capacity to labor, which was tendered and still available to her at "Woolworth" at an average weekly wage equal to or greater than her former wage. The full board affirmed the deputy director's award, as did the Superior Court of Bartow County. *Held:*

1. Appellant's enumeration of errors 1 through 10 are not argued in her brief and are hence deemed to be abandoned. Rule 18 (c) (2) of this court; *Flexible Products Co. v. Lavin,* 128 Ga. App. 80 (3).

2. The sole remaining enumeration of error is on the general grounds. It is without merit. The evidence overwhelmingly supports the award of the deputy director, its affirmance by the full Workmen's Compensation Board, and the Superior Court of Bartow County.

*Judgment affirmed. Eberhardt, P. J., and Pannell, J., concur.*

Submitted January 11, 1973 — Decided February 16, 1973 — Rehearing denied March 1, 1973.

*Edge & Edge, John D. Edge,* for appellant.
*Swift, Currie, McGhee & Hiers, W. Wray Eckl,* for appellees.